UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40286
Summary Calendar
_____

MELANIE MARTINEZ-JONES,

Plaintiff-Appellant,

versus

J C PENNEY COMPANY, INCORPORATED,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(2:96-CV-65)
_____

January 6, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Having reviewed the briefs and pertinent portions of the
record, we agree for essentially the reasons stated by the district
that summary judgment was properly granted to appellee.  There is
no genuine material issue of fact as to appellant's claims,
including whether her asthma substantially limited any major life
activity or prevented her from working in any building other than

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the Legacy Complex.  See Heilwell v. Mount Sinai Hospital, 32 F.3d 718, 722-24 (2d Cir. 1994).

**AFFIRMED.**